IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CR. NO. 2:07CR233-TFM |
| | ) (18 U.S.C. 641) |
| CASSANDRA HARTMAN | ) |
| | ) |
| | ) INFORMATION |
| | ) |

The United States Attorney charges:

COUNT

On or about the 7th day of January 2007, at the Army Air Force Exchange Service (AAFES), at Maxwell Air Force Base, in the Middle District of Alabama, **CASSANDRA HARTMAN** did steal merchandise of a value of less than one thousand dollars ($1,000.00), the property of the United States, in violation of Title 18, Section 641, United States Code.

LEURA CANARY
United States Attorney

_____
KENT BRUNSON
Assistant United States Attorney

_____
REESE H. HAYS III
Special Assistant United States Attorney
42 ABW/JA
50 LeMay Plaza South
Maxwell AFB, AL 36112-6334
Telephone: 334-953-2786/2789
Fax: 334-953-2787

STATE OF ALABAMA            )
                            )    **AFFIDAVIT**
COUNTY OF MONTGOMERY        )

The undersigned, being first duly sworn, deposes and says:

    I, ROBERT G. SMITH, am employed by the Army Air Force Exchange Service (AAFES) at Maxwell Air Force Base as a store detective. On or about 7 January 2007, at approximately 1155 hours, via closed circuit monitors, I observed CASSANDRA HARTMAN at the purse and wallet display inside the store. HARTMAN selected a Coach wallet, examined it and put it in her purse in the top portion of her shopping cart. She then shopped around the store for a few more minutes and went to central checkout where she paid for several items. HARTMAN did not pay for the wallet. She left the store and I detained her outside on the sidewalk, identified her, and escorted her to the Security office. On entering the office, HARTMAN said she knew what we were talking about, pulled the wallet out of her purse, and said she forgot to pay for it. Security Forces was called and responded. The value of the wallet is $30.00. HARTMAN was transported to Law Enforcement for further processing.

                                                                                            ROBERT G. SMITH

Subscribed and sworn to before me this 12th day of July, 2007.

                                                                                            AUDREY F. GRIFFIN
                                                                                            Notary Public
                                                                                            State of Alabama

NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: July 19, 2009
BONDED THRU NOTARY PUBLIC UNDERWRITERS